IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JULIO NAJERA,

      Plaintiff,

v.                                                                     No. CV 22-74 MIS/CG

BULL HORN, INC.,

      Defendant.

## ORDER GRANTING MOTION TO AMEND COMPLAINT

**THIS MATTER** is before the Court on Plaintiff Julio Najera's *Motion for Leave to File First Amended Complaint* (the "Motion"), (Doc. 15), filed May 20, 2022. In the Motion, Plaintiff explains that his First Amended Complaint "dismisses class and collective claims as Plaintiff represented he would do" at the scheduling conference in this case. (Doc. 15 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion for Leave to File First Amended Complaint*, (Doc. 15), is **GRANTED**.

**IT IS FURTHER ORDERED** that the proposed First Amended Complaint attached to the *Motion for Leave to File First Amended Complaint* as Exhibit 1, (Doc. 15-1), shall be deemed filed.

**IT IS SO ORDERED**.

                                                                      _____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE