## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JULIO NAJERA,

    Plaintiff,

v.                                                                               No. CV 22-74 MIS/CG

BULL HORN, INC.,

    Defendant.

### ORDER VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court *sua sponte.* **IT IS HEREBY ORDERED** that the status conference scheduled for **Tuesday, July 12, 2022, at 10:00 a.m.** is **VACATED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE